JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BLAIR CHRISTOPHER HANLOH, | No. SA CV 17-00114-JLS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Under the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: April 28, 2017

_____
JOSEPHINE L. STATON
United States District Judge